# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 09MJ108 (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| John Constantine Golfis, | |
| Defendant. | |

---

For the reasons stated on the record at the September 28, 2009 hearing of Defendant's appeal, the sentence imposed by Magistrate Judge Noel is, in all respects, **AFFIRMED**.

Dated: September 29, 2009

                                                        s/Richard H. Kyle  
                                                      RICHARD H. KYLE  
                                                      United States District Judge